IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **2-25CR0021-Z** |
| v. | No._____ |
| PATRICK JAVON HARDY | |

# INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute Fentanyl
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Patrick Javon Hardy**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Patrick Javon Hardy
Indictment - Page 1

<u>Count Two</u>
Convicted Felon in Possession of Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about February 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Patrick Javon Hardy**, defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, 88 rounds of assorted 9mm ammunition and 150 rounds of .40 caliber ammunition, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

<u>Count Three</u>
Possession of a Firearm in Furtherance of a
Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about February 24, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Patrick Javon Hardy**, defendant, did knowingly possess a firearm, to wit, a privately manufactured firearm with a Glock factory barrel (serial number BEHD974), in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Fentanyl, as charged in count one of this indictment, an offense for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c))

Upon conviction of any count charged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendant, **Patrick Javon Hardy**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense(s); any of the property used, or intended to be used, in any manner or part, by the defendant(s) to commit, or to facilitate the commission of the offense(s); and any firearm and ammunition involved in or used in any knowing violation of the charged offense(s), including, but not limited to, the following:

(1) 88 rounds of assorted 9mm ammunition;

(2) 150 rounds of .40 caliber ammunition; and

(3) a privately manufactured firearm with a Glock factory barrel (serial number BEHD974).

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

*Shanda Rogers*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:   anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

PATRICK JAVON HARDY

INDICTMENT

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). |
| COUNT 2: | CONVICTED FELON IN POSSESSION OF AMMUNITION<br>Title 18, United States Code, Sections 922(g)(1) and 924(a)(8). |
| COUNT 3: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c)(1)(A). |

(3 COUNTS and FORFEITURE NOTICE)

A true bill rendered:

Lubbock    _Shanda Rogers_    Foreperson

Filed in open court this __12TH__ day of __MARCH__ A.D. 2025.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 2/26/2025 – 2:25-MJ-32)

_Amy Bruce_
UNITED STATES MAGISTRATE JUDGE